# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **REGINALD PAUL HOOKS,** | |
| **Plaintiff,** | |
| v. | Case No. 16-CV-414-JFH-KEW |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | |
| **Defendant.** | |

## ORDER

Before the Court is the Findings and Recommendation [Dkt. No. 36] of United States Magistrate Judge Kimberly E. West reviewing Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b). Dkt. No. 32.

Neither party objected to Magistrate Judge West's Findings and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b). Having reviewed the Findings and Recommendation, the Court concurs with Magistrate Judge West's recommendation, and accepts and adopts it as the order of the Court. On that basis, the Court finds that Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) [Dkt. No. 32] is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel, Gayle Troutman with Troutman & Troutman, P.C., be awarded fees in the amount of $13,285.50 to be paid by Defendant directly to counsel from the amount of past due benefits withheld for that purpose.

**IT IS FURTHER ORDERED** that Plaintiff's counsel, Gayle Troutman with Troutman & Troutman, P.C., is ordered to refund the smaller amount between any EAJA fees already awarded and the § 406(b) fees awarded in this decision within thirty (30) days of this Order.

DATED this 6th day of July, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE